# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GREGORY GENE MALLORY | § | |
| | § | |
| v. | § | Civil Action No. 4:18-CV-831 |
| | § | (Judge Mazzant/Judge Nowak) |
| LT. FNU MIMS, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 31, 2020, the report of the Magistrate Judge (Dkt. #30) was entered containing proposed findings of fact and recommendations that Plaintiff Gregory Gene Mallory's Petition to Seek Default Judgment (Dkt. #23) be denied.  Plaintiff acknowledged receipt of the report (Dkt. #30) on August 12, 2020 (Dkt. #31).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Gregory Gene Mallory's Petition to Seek Default Judgment (Dkt. #23) is hereby **DENIED**.

**IT IS SO ORDERED**.

 **SIGNED this 28th day of August, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE